

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:26-cr-12 |
| | ) | |
| v. | ) | 18 U.S.C. § 111(a)(1) |
| | ) | Assaulting, Resisting, or Impeding |
| | ) | Certain Officers or Employees |
| JERMEY ETHAN LEE CARROLL | ) | (Count 1) |
| | ) | |
| | ) | |

INDICTMENT

January 2026 – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about the 4th day of January 2026, at the Naval Medical Center Portsmouth in Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, JERMEY ETHAN LEE CARROLL, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit, Master-at-Arms Seaman E.T., who was engaged in the performance of his official duties, and such act of the defendant did cause physical contact.

(All in violation of Title 18, United States Code, Section 111(a)(1)).

1

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States v. Jermey Ethan Lee Carroll*
Criminal No. 2:26-cr- 12

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL


By: _____
    Kelly A. Cournoyer
    Special Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510
    Office Number: 757-441-6331
    Facsimile Number: 757-441-6689
    Kelly.Cournoyer2@usdoj.gov